EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Designación de la Compiladora y Publicista de Jurisprudencia del Tribunal Supremo | 2024 TSPR 120<br><br>214 DPR ___ |

Número del Caso:  EN-2024-0003


Fecha:  14 de noviembre de 2024



Materia: Designación de la Compiladora y Publicista de Jurisprudencia del Tribunal Supremo.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

DESIGNACIÓN DE LA COMPILADORA Y      EN-2024-03
PUBLICISTA DE JURISPRUDENCIA DEL
TRIBUNAL SUPREMO

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de noviembre de 2024.

El Tribunal Supremo designa a la Sra. Mabel Valentín Cruz como Compiladora y Publicista del Tribunal Supremo, efectivo el 15 de noviembre de 2024. La señora Valentín Cruz desempeñará sus funciones a tenor con las disposiciones que regulan el funcionamiento de la Oficina de la Compiladora y Publicista.

Este Tribunal agradece a la Lcda. Heidi Claudio Rosario por su dedicación, compromiso y visión para ejercer las funciones de su cargo desde el 2014, cuando fue designada.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo